425 A.2d 740

**COMMONWEALTH of Pennsylvania**

v.

**Glenn WRIGHT, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1981.

Decided Feb. 27, 1981.

Joseph Litt, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Cynthia Severinsen, Asst. Dist. Attys., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Philadelphia is affirmed.